JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JOSE R. SOLANO,<br><br>        Debtor,<br>_____<br>JOSE R. SOLANO,<br><br>        Appellant,<br><br>        v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Appellee.<br>_____ | Case No. CV 17-2811 FMO<br><br>(BK Case No. 16-bk-26833 VZ)<br>(Adv. Case No. 17-ap-1202 VZ)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the Bankruptcy Court's Order of March 30, 2017, is **affirmed**.

Dated this 19th day of June, 2019.

                                                /s/
                                      Fernando M. Olguin
                                  United States District Judge